**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re: EXPERIENCE CARRIE LA, LLC          §     Case No. 2:16-bk-26147-BB
                                          §
                                          §
                                          §
         Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    David M. Goodrich, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,566.56 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $158.45 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $4,043.38 | | |

    3) Total gross receipts of $4,201.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,201.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,043.38 | $4,043.38 | $4,043.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $45,903.12 | $11.88 | $11.88 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $466,545.15 | $241,282.50 | $238,432.50 | $146.57 |
| **TOTAL DISBURSEMENTS** | $466,545.15 | $291,229.00 | $242,487.76 | $4,201.83 |

4) This case was originally filed under chapter 7 on 12/08/2016. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    03/06/2019        By: /s/ David M. Goodrich
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Return of Bond | 1229-000 | $2,007.50 |
| Checking. Account at HSBC, xxxxxx2934 | 1129-000 | $2,194.33 |
| **TOTAL GROSS RECEIPTS** | | **$4,201.83** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David M. Goodrich | 2100-000 | NA | $1,050.46 | $1,050.46 | $1,050.46 |
| Trustee, Expenses - David M. Goodrich | 2200-000 | NA | $97.21 | $97.21 | $97.21 |
| Bond Payments - International Sureties LTD | 2300-000 | NA | $1.17 | $1.17 | $1.17 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $110.00 | $110.00 | $110.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $1,784.54 | $1,784.54 | $1,784.54 |
| Accountant for Trustee Fees (Other Firm) - Hahn, Fife & Company | 3410-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$4,043.38** | **$4,043.38** | **$4,043.38** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Employment Development Department | 5800-000 | NA | $45,891.24 | $0.00 | $0.00 |
| 5P | Franchise Tax Board | 5800-000 | NA | $11.88 | $11.88 | $11.88 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$45,903.12** | **$11.88** | **$11.88** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | BCT Entertainment | 7100-000 | NA | $64,490.50 | $64,490.50 | $39.64 |
| 3 | Action Specialist | 7100-000 | NA | $23,700.00 | $23,700.00 | $14.57 |
| 4 | Osborne Entertainment Solutions | 7100-000 | NA | $6,900.00 | $6,900.00 | $4.24 |
| 5U | Franchise Tax Board | 7100-000 | NA | $64.00 | $64.00 | $0.04 |
| 7 | Monserrat Diaz et al | 7100-000 | NA | $80,358.40 | $80,358.40 | $49.40 |
| 8 | Network Commercial for Scenic Expression | 7100-000 | NA | $4,959.00 | $4,959.00 | $3.05 |
| 9 | Max Flats & Props | 7100-000 | NA | $49,965.60 | $49,965.60 | $30.72 |
| 10 | Souther California Media Group | 7100-000 | NA | $7,995.00 | $7,995.00 | $4.91 |
| 11 | Matt Ross Productions LLC | 7100-000 | NA | $2,850.00 | $0.00 | $0.00 |
| N/F | AFM/EPF Local 47 Live Performance | 7100-000 | $8,762.10 | NA | NA | NA |
| N/F | AMC Janitorial | 7100-000 | $16,180.00 | NA | NA | NA |
| N/F | Action Specialist | 7100-000 | $23,700.00 | NA | NA | NA |
| N/F | Adrienne Medrano | 7100-000 | $650.00 | NA | NA | NA |
| N/F | Armando Llamas | 7100-000 | $340.00 | NA | NA | NA |
| N/F | Art & Commerce Productions | 7100-000 | $9,829.00 | NA | NA | NA |
| N/F | BCT Entertainment | 7100-000 | $60,558.70 | NA | NA | NA |
| N/F | Bill Ferrell Co. | 7100-000 | $1,000.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Brian Gale<br>c/o Don Padgett Artists Mngmt | 7100-000 | $2,166.75 | NA | NA | NA |
| N/F | Brian Kennedy | 7100-000 | $959.75 | NA | NA | NA |
| N/F | Central Investigations | 7100-000 | $8,066.50 | NA | NA | NA |
| N/F | City of Los Angeles | 7100-000 | $1,536.00 | NA | NA | NA |
| N/F | Cochran, Davis & Associates, PC | 7100-000 | $3,370.91 | NA | NA | NA |
| N/F | Creative Xs | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cricket Myers<br>c/o Don Padgett Artists Mngmt | 7100-000 | $2,166.75 | NA | NA | NA |
| N/F | Davidson & Choy Publicity, Inc. | 7100-000 | $4,284.89 | NA | NA | NA |
| N/F | Fed Ex | 7100-000 | $355.81 | NA | NA | NA |
| N/F | Fox Investment Company, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Goodnight & Co. | 7100-000 | $34,340.00 | NA | NA | NA |
| N/F | IATSE | 7100-000 | $6,164.00 | NA | NA | NA |
| N/F | ICARUS Rigging | 7100-000 | $61,725.00 | NA | NA | NA |
| N/F | Jim Steinmeyer | 7100-000 | $2,700.00 | NA | NA | NA |
| N/F | Launch | 7100-000 | $29,882.50 | NA | NA | NA |
| N/F | Law Offices of Neal Brickman, PC | 7100-000 | $29,323.25 | NA | NA | NA |
| N/F | Matt Ross Public Relations | 7100-000 | $2,850.00 | NA | NA | NA |
| N/F | Max Flats & Props, Inc. | 7100-000 | $56,505.60 | NA | NA | NA |
| N/F | Michael Donovan Casting | 7100-000 | $1,557.90 | NA | NA | NA |
| N/F | Monserrat Diaz et. al.<br>c/o Gilbert & Sackman | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Network Commercial Service, Inc. | 7100-000 | $4,959.00 | NA | NA | NA |
| N/F | Osborne Entertainment Solutions | 7100-000 | $6,900.00 | NA | NA | NA |
| N/F | Paul Rubin | 7100-000 | $4,117.95 | NA | NA | NA |
| N/F | Scenic Expresssions, Inc. | 7100-000 | $4,959.00 | NA | NA | NA |
| N/F | Southeast Security | 7100-000 | $29,220.00 | NA | NA | NA |
| N/F | Southern California Media Group | 7100-000 | $7,995.00 | NA | NA | NA |
| N/F | Stephen Gifford c/o Don Padgett Artist Mngmt | 7100-000 | $2,166.75 | NA | NA | NA |
| N/F | Studio Air Conditioning | 7100-000 | $2,746.00 | NA | NA | NA |
| N/F | Traveler's Insurance Co. c/o RMS | 7100-000 | $30,394.76 | NA | NA | NA |
| N/F | United Artists Pension Fund | 7100-000 | $4,111.28 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$466,545.15** | **$241,282.50** | **$238,432.50** | **$146.57** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 2:16-bk-26147-BB | Trustee Name: | (001790) David M. Goodrich |
|---|---|---|---|
| Case Name: | EXPERIENCE CARRIE LA, LLC | Date Filed (f) or Converted (c): | 12/08/2016 (f) |
| | | § 341(a) Meeting Date: | 01/17/2017 |
| For Period Ending: | 03/06/2019 | Claims Bar Date: | 04/24/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking. Account at HSBC, xxxxxx2934 | 2,415.31 | 2,415.31 | | 2,194.33 | FA |
| 2 | Checking. Account at HSBC, xxxxxx6944 | 566.56 | 0.00 | | 0.00 | FA |
| 3 | Other inventory or supplies | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | Return of Bond (u) | 0.00 | 2,007.50 | | 2,007.50 | FA |
| 4 | **Assets Totals (Excluding unknown values)** | **$3,981.87** | **$5,422.81** | | **$4,201.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

Period ending December 31, 2018- The trustee submitted the final report on July 18, 2018 and the final report was approved on September 5, 2018. The trustee disbursed all funds shortly thereafter. The trustee had to redisburse funds to a creditor, which posted to the estate's account on December 31, 2018. Once the trustee receives the bank statement showing a zero balance, he will submit the Trustee's Distribution Report.

Current Period- The trustee has collected the funds from HSBC. There are no other assets to administer for the benefit of the creditors the trustee will proceed to close the case.

Objection to claims is not required.

Estate returns have been prepared.

Period ending December 31, 2017- The trustee reviewed the petition/schedules and examined the debtor's principal at the meeting of creditors. The trustee has determined that HSBC is holding funds belonging to the estate. On August 9, 2017, the trustee made demand for a turnover of funds. HSBC did not respond. On September 12, 2017, the trustee filed a Motion for Turnover [Dkt. 11], which the court approve on October 20, 2017 [Dkt. 16]. The trustee is still attempting to recover the funds and may need the court to exercise its contempt powers to assist with turnover.

Once the claims bar date expires, the trustee will review claims to determine if objections are required.

Once all funds are received, the trustee will have the accountant prepare the estate returns, if necessary.

The trustee expects to submit the final report no later than December 31, 2018.

| Initial Projected Date Of Final Report (TFR): | 12/31/2018 | Current Projected Date Of Final Report (TFR): | 07/18/2018 (Actual) |
|---|---|---|---|

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 2:16-bk-26147-BB | Trustee Name: | David M. Goodrich (001790) |
|---|---|---|---|
| Case Name: | EXPERIENCE CARRIE LA, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8080 | Account #: | ******3166 Checking Account |
| For Period Ending: | 03/06/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/09/17 | {4} | North Hollywood Bonding Western Region | refund of balance of bond | 1229-000 | 2,007.50 | | 2,007.50 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,997.50 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,987.50 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,977.50 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,967.50 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,957.50 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,947.50 |
| 02/05/18 | 101 | International Sureties LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2018 FOR CASE #16-26147-BB, Bond No. 016030866 | 2300-000 | | 1.17 | 1,946.33 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,936.33 |
| 03/12/18 | {1} | Experience Carrie LA, LLC | Closeout of HSBC account | 1129-000 | 2,194.33 | | 4,130.66 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,120.66 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,110.66 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,100.66 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,090.66 |
| 09/07/18 | 102 | David M. Goodrich | EOD 9/6/2018 - Trustee fees and expenses | | | 1,147.67 | 2,942.99 |
| | | | Claims Distribution - Wed, 07-18-2018    $1,050.46 | 2100-000 | | | 2,942.99 |
| | | | Claims Distribution - Wed, 07-18-2018    $97.21 | 2200-000 | | | 2,942.99 |
| 09/07/18 | 103 | Hahn, Fife & Company | EOD 9/6/2018 | 3410-000 | | 1,000.00 | 1,942.99 |
| 09/07/18 | 104 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $1,784.54; Claim # 6; Filed: $1,784.54 | 2820-000 | | 1,784.54 | 158.45 |
| 09/07/18 | 105 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $11.88; Claim # 5P; Filed: $11.88 | 5800-000 | | 11.88 | 146.57 |
| 09/07/18 | 106 | BCT Entertainment | Distribution payment - Dividend | 7100-000 | | 39.64 | 106.93 |
| | | | **Page Subtotals:** | | **$4,201.83** | **$4,094.90** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:16-bk-26147-BB | Trustee Name: | David M. Goodrich (001790) |
|---|---|---|---|
| Case Name: | EXPERIENCE CARRIE LA, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8080 | Account #: | ******3166 Checking Account |
| For Period Ending: | 03/06/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | paid at 0.06% of $64,490.50; Claim # 2; Filed: $64,490.50 |  |  |  |  |
| 09/07/18 | 107 | Action Specialist | Distribution payment - Dividend paid at 0.06% of $23,700.00; Claim # 3; Filed: $23,700.00 | 7100-000 |  | 14.57 | 92.36 |
| 09/07/18 | 108 | Osborne Entertainment Solutions | Distribution payment - Dividend paid at 0.06% of $6,900.00; Claim # 4; Filed: $6,900.00 | 7100-000 |  | 4.24 | 88.12 |
| 09/07/18 | 109 | Franchise Tax Board | Distribution payment - Dividend paid at 0.06% of $64.00; Claim # 5U; Filed: $64.00 | 7100-000 |  | 0.04 | 88.08 |
| 09/07/18 | 110 | Monserrat Diaz et al | Distribution payment - Dividend paid at 0.06% of $80,358.40; Claim # 7; Filed: $80,358.40 | 7100-000 |  | 49.40 | 38.68 |
| 09/07/18 | 111 | Network Commercial for Scenic Expression | Distribution payment - Dividend paid at 0.06% of $4,959.00; Claim # 8; Filed: $4,959.00 | 7100-000 |  | 3.05 | 35.63 |
| 09/07/18 | 112 | Max Flats & Props | Distribution payment - Dividend paid at 0.06% of $49,965.60; Claim # 9; Filed: $49,965.60 Stopped on 12/11/2018 | 7100-000 |  | 30.72 | 4.91 |
| 09/07/18 | 113 | Souther California Media Group | Distribution payment - Dividend paid at 0.06% of $7,995.00; Claim # 10; Filed: $7,995.00 | 7100-000 |  | 4.91 | 0.00 |
| 12/11/18 | 112 | Max Flats & Props | Distribution payment - Dividend paid at 0.06% of $49,965.60; Claim # 9; Filed: $49,965.60 Stopped on 12/11/2018 | 7100-000 |  | -30.72 | 30.72 |
| 12/18/18 | 114 | Max Flats & Props | Distribution payment - Dividend paid at 0.06% of $49,965.60; Claim # 9; Filed: $49,965.60 | 7100-000 |  | 30.72 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 4,201.83 | 4,201.83 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 4,201.83 | 4,201.83 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $4,201.83 | $4,201.83 |  |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** 2:16-bk-26147-BB | **Trustee Name:** | David M. Goodrich (001790) |
| **Case Name:** EXPERIENCE CARRIE LA, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** **-***8080 | **Account #:** | ******3166 Checking Account |
| **For Period Ending:** 03/06/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3166 Checking Account | $4,201.83 | $4,201.83 | $0.00 |
| | **$4,201.83** | **$4,201.83** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)